

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0719, DA 23-0746, DA 24-0015

IN THE MATTER OF THE ESTATE OF:

WARREN DAN EDDLEMAN,

     Deceased. DA 23-0719, IN
THE MATTER OF THE ESTATE OF:

WARREN DAN EDDLEMAN,          ORDER OF MEDIATOR APPOINTMENT

     Deceased. DA 23-0746, IN THE
MATTER OF THE ESTATE OF

WARREN DAN EDDLEMAN,

     Deceased. DA 24-0015

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     IT IS ORDERED THAT WILLIAM GILBERT **,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this 29th day of January, 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:      David J. Dietrich, Gary W. Bjelland, Mark D. Parker, Madeline Marie Clarke, Jared M. Le Fevre, Aaron William Nicholson, Joseph Loren Breitenbach, William Michael Gilbert